## DANIEL PANTANELLA v. ENFIELD FORD, INC., ET AL.

The petition by the defendant Connecticut Insurance Guaranty Association for certification for appeal from the Appellate Court, 65 Conn. App. 46 (AC 20453), is denied.

*David A. Kelly*, in support of the petition.

Decided October 10, 2001

## STATE OF CONNECTICUT v. GREGORY JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 470 (AC 20635), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 10, 2001

## STATE OF CONNECTICUT v. SCOTT SMITH

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 126 (AC 20829), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court was not required to instruct the jury on the lesser included offense of manslaughter in the first degree?"

The Supreme Court docket number is SC 16606.